People v Ba (2023 NY Slip Op 50599(U))

[*1]

People v Ba (Mamadou)

2023 NY Slip Op 50599(U)

Decided on June 21, 2023

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on June 21, 2023
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Brigantti, J.P., Michael, James, JJ.

570300/17

The People of the State of New York, Respondent,
against
Mamadou Ba, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Lyle E. Frank, J.), rendered April 27, 2017, convicting him, upon a plea of guilty, of unlicensed general vending, and sentencing him to a $500 fine. On a prior appeal, the judgment, as modified with respect to the surcharge, was affirmed by this Court (73 Misc 3d 148[A], 2022 NY Slip Op 50004[U]). By order dated March 21, 2023, the Court of Appeals reversed the judgment, insofar as appealed from, and remitted for a determination of whether defendant's sentence is unduly harsh or severe (People v Ba, 39 NY3d 1130 [2023]).

Per Curiam.
Upon remittitur from the Court of Appeals (39 NY3d 1130 [2023]), judgment of conviction (Lyle E. Frank, J.), rendered April 27, 2017, affirmed.
Upon remittitur, and upon due consideration of all the relevant factors and circumstances, we find that the sentence imposed was not unduly harsh or severe (see CPL 470.15[6][b]; People v Delgado, 80 NY2d 780 [1992]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 21, 2023